```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12                      UNITED STATES DISTRICT COURT
13                           DISTRICT OF NEVADA
14
```

| | | |
|---|---|---|
| FRANK BINDLEY, | ) | Case No. 3:14-cv-00480-LRH-WGC |
| | ) | |
| Plaintiff, | ) | CONSENT DECREE AND FINAL ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| DWIGHT MILLARD, individually, as trustee of the DWIGHT C. MILLARD TRUST, DATED May 10, 2005, and dba THE SILVER QUEEN INN; ROBERT TEBROSKI and YVONNE TEBROSKI, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

This action was brought by plaintiffs alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, among other laws, by allegedly discriminating based on disability in the rental of dwellings at the Silver Queen Inn, a residential hotel located in Carson City, Nevada. Defendants have denied that they discriminated in the rental of housing or otherwise violated any laws as alleged by plaintiffs.

The parties have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this decree and order. By entering into this consent decree and final order ("order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiff.

It is hereby ordered, adjudged and decreed that:

1. Defendants, their employees, agents and all others acting on their behalf, shall comply with the following terms during the duration of this order:

   A. At any rental "dwelling"[1] owned or operated by any defendant, defendants shall place and maintain a HUD fair housing poster (HUD form 928) in a conspicuous location where it can be seen by residents or prospective residents;

   B. At any rental dwelling owned or operated by any defendant, defendants shall provide each tenant or resident at the start of his occupancy with a copy of the HUD fair housing pamphlet (HUD form 903.1);

   C. At any rental dwelling owned or operated by any defendant, defendants shall adopt a written policy for handling requests for reasonable accommodations or modifications in a manner consistent with the *Joint Policy Statements on Reasonable Accommodation and Modification* issued by HUD and the United States Department of Justice;

   D. In connection with any rental dwelling owned or operated by any defendant, defendants shall require, and pay for the reasonable cost for, each employee with any management responsibilities to attend a fair housing training once per year for each of the next three years to be provided by Silver State Fair Housing Council. Any new employee must attend a fair housing training within 120 days of the start of his or her employment; and,

   E. Defendants shall maintain records demonstrating defendants' compliance with

---

[1] As defined in 42 U.S.C. § 3602(b) and 24 C.F.R. § 100.20(b).

each of these provisions and make those records available for inspection upon written request made by plaintiffs' counsel or a government agency, and certify compliance with those provisions in the form of a certificate, filed annually with the district court, during the term of the decree.

2. This order shall be in effect for a period of three years from the date of entry and the Court shall retain jurisdiction for purposes of enforcement. This order will terminate at the end of the three year period.

3. The parties agree to attempt to work out in good faith any disputes that arise under the terms of this order. Only after good faith mediation attempts have been exhausted will the parties request the assistance of the Court in resolving the dispute.

ORDERED this 18th day of June, 2015.

_____
Hon. Larry R. Hicks
United States District Judge

Approved as to content and form:

NEVADA LEGAL SERVICES, INC.

/s/ Michelle Newman
_____
Michelle Newman
mnewman@nlslaw.net
Attorneys for Plaintiff Frank Bindley

BRANCART & BRANCART

/s/ Christopher Brancart
_____
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs Frank Bindley
and Silver State Fair Housing Council

each of these provisions and make those records available for inspection upon written request made by plaintiffs' counsel or a government agency, and certify compliance with those provisions in the form of a certificate, filed annually with the district court, during the term of the decree.

2. This order shall be in effect for a period of three years from the date of entry and the Court shall retain jurisdiction for purposes of enforcement. This order will terminate at the end of the three year period.

3. The parties agree to attempt to work out in good faith any disputes that arise under the terms of this order. Only after good faith mediation attempts have been exhausted will the parties request the assistance of the Court in resolving the dispute.

ORDERED this 18th day of June, 2015.

_____
Hon. Larry R. Hicks
United States District Judge

Approved as to content and form:

NEVADA LEGAL SERVICES, INC.

/s/ Michelle Newman
_____
Michelle Newman
mnewman@nlslaw.net
Attorneys for Plaintiff Frank Bindley

BRANCART & BRANCART

/s/ Christopher Brancart
_____
Christopher Brancart
cbrancart@brancart.com
Attorneys for Plaintiffs Frank Bindley
and Silver State Fair Housing Council

1  GEORGESON ANGARAN
2
3  _____
4  Justin Pfrehm
   justin@renotahoelaw.com
5  Attorneys for Defendants